## WALTER JAMES v. STATE.

No. A-464. Opinion Filed May 28, 1910.

*Appeal from County Court of Wagoner County; W. T. Drake, Judge.*

Walter James was convicted of violating the prohibition law, and sentenced to pay a fine of $300.00 and to be imprisoned in the county jail for a term of sixty days, and he appeals. Appeal dismissed.

*B. J. Beavers,* for plaintiff in error.
*Fred S. Caldwell* for the State.

PER CURIAM: No notice of appeal was given by plaintiff in error as provided by section 6949 of Snyder's Comp. Laws of Okla. the record showing only that plaintiff in error, on being sentenced, prayed an appeal which was allowed. The State has filed a motion to dismiss the appeal for failure to file the notices required by law. Upon the authority of *Ensley v. State, infra,* 109 Pac. 250, the motion is well taken and will be sustained.

It is therefore ordered that the purported appeal herein be and the same is hereby dismissed; and that a mandate issue directing the county court of Wagoner county to enforce its judgment herein.

---

## JOE FLOWERS v. STATE.

No. A-466. Opinion Filed May 28, 1910.

*Appeal from the County Court of Wagoner County; W. T. Drake, Judge.*

Joe Flowers was convicted of violating the prohibition law, and sentenced to pay a fine of $100.00 and be imprisoned in the county jail for a term of ninety days, and he appeals. Appeal dismissed.

*B. J. Beavers,* for plaintiff in error.
*Fred S. Caldwell,* for the State.

PER CURIAM. No notice of appeal was given by plaintiff in error as provided by section 6949 of Snyder's Comp. Laws Okla., the record showing only that plaintiff in error, on being sentenced, prayed an appeal which was allowed. The state has filed a motion to dismiss the appeal for failure to serve the notices required by law. Upon the authority of *Ensley v. State, infra,* 109 Pac. 250, the motion is well taken and will be sustained.

It is therefore ordered that the purported appeal herein be, and the same is hereby dismissed; and that a mandate issue directing the County court of Wagoner county to enforce its judgment and sentence herein.

---

## C. M. NICHOLS v. STATE.

Nos. A-461 and A-462. Opinion Filed May 28, 1910.

(109 Pac. 255.)

*Appeal from Wagoner County Court*; W. T. Drake, Judge.

C. M. Nichols was convicted of violating the prohibition law, and sentenced to pay a fine of $300 and to be imprisoned in the county jail for a term of 60 days, and he appeals. Appeal dismissed.

*B. J. Beavers,* for plaintiff in error.
*Fred S. Caldwell,* for the State.

PER CURIAM. No notice of appeal was given by plaintiff in error as provided by section 6949 of Snyder's Comp. Laws Okla.; the record showing only that plaintiff in error, on being sentenced, prayed an appeal, which was allowed. The state has filed a motion to dismiss the appeal for failure to serve the notices required by law. Upon the authority of *Ensley v. State, infra,* 109 Pac. 250, the motion is well taken, and will be sustained.

It is therefore ordered that the purported appeal herein be and